UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00090-6 |
| | ) | JUDGE SHARP |
| MARCO TULIO POLANCO-ALVARADO | ) | |
| | ) | |

## O R D E R

Due to a calendar conflict, the sentencing hearing scheduled for November 8, 2013, is hereby rescheduled for Monday, November 18, 2013, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE